K. Tom Kohan, Esq.; SBN: 225420
**KOHAN LAW FIRM**
445 South Figueroa Street, 27th Floor
Los Angeles, California  90071
Tel: (310) 349-1111
Fax: (213) 612-7715
Email: tom@kohanlawfirm.com

**Attorneys for Plaintiff**
**RADIX TEXTILE, INC.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADIX TEXTILE, INC., a California corporation<br><br>Plaintiff<br><br>v.<br><br>MILANO TEXTILE, INC., a California corporation; RUBBER DUCKY PRODUCTIONS, INC., a California corporation; JONATHAN BENSHALOM, an individual dba BLISS CLOTHING; and DOES 1-10, inclusive,<br><br>Defendants. | **CV11  04789 GHK (JCx)**<br><br>CASE NO. _____<br><br>**COMPLAINT FOR:**<br><br>(1)  **COPYRIGHT INFRINGEMENT**<br>(2)  **CONTRIBUTORY COPYRIGHT INFRINGEMENT**<br>(3)  **UNFAIR COMPETITION**<br>(4)  **ACCOUNTING**<br>(5)  **INJUNCTION**<br><br>**JURY TRIAL DEMANDED** |

For its Complaint, plaintiff RADIX TEXTILE, INC., a California corporation ("Plaintiff" or "RADIX"), alleges as follows:

1

**COMPLAINT**

## THE PARTIES

1.     RADIX is a California corporation, and in the business of designing, printing and wholesale of fabrics, with its principal place of business in County of Los Angeles, State of California.

2.     Upon information and belief, defendant MILANO TEXTILE, INC. ("MILANO" or ), at all times herein mentioned was a California corporation, with its principal place of business in Los Angeles, California.

3.     Upon information and belief, at all times mentioned herein, MILANO conducted business in the state of California and within this judicial district.

4.     Upon information and belief, defendant RUBBER DUCKY PRODUCTIONS, INC. ("RUBBER DUCKY"), at all times herein mentioned was a California corporation, with its principal place of business in Los Angeles, California.

5.     Upon information and belief, at all times mentioned herein, RUBBER DUCKY conducted business in the state of California and within this judicial district.

6.Upon information and belief, defendant JONATHON BEHSHALOM, at all times herein mentioned was an individual with his residence in the County of Los Angeles, State of California, doing business as BLISS CLOTHING ("BLISS CLOTHING" or "BENSHALOM"). BENSHALOM, MILANO, and RUBBER DUCKY will collectively be referred to as "Defendants."

7.     Upon information and belief, at all times mentioned herein, BLISS CLOTHING conducted business in the state of California and within this judicial district.

8.     The true names and capacities of defendants DOES 1-10, inclusive,

2

1   are unknown to Plaintiff, who therefore sues them by such fictitious names.
2   Plaintiff will seek leave to amend this complaint to allege their true names and
3   capacities when they have been ascertained. Plaintiff is informed and believes and
4   thereon alleges that each of the fictitiously named defendants is responsible in
5   some manner for the occurrences herein alleged and that Plaintiff's damages
6   herein alleged were proximately caused by those defendants.

7       9.      At all times herein mentioned, defendants DOES 1-10, inclusive were
8   the agents, servants, employees or attorneys of their co-defendants, and in doing
9   the things hereinafter alleged were acting within the course and scope of their
10  authority as those agents, servants, employees, or attorneys, and with the
11  permission and consent of their co-defendants.

12      10.     Plaintiff is further informed and believes and thereon alleges that
13  defendants DOES 1 through 10, inclusive, created, assembled, distributed,
14  manufactured and/or sold garments comprised of fabric printed with Plaintiff's
15  copyrighted Subject Design (as hereinafter defined) or that have otherwise
16  contributed to the infringement of Plaintiff's copyright Subject Design.

17

18                          **JURISDICTION AND VENUE**

19      11.     This action arises under the Copyright Act of 1976, Title 17 U.S.C.
20  § 101 *et seq.*, seeking damages, attorneys' fees, preliminary and permanent
21  injunctive relief and an accounting, as well as damages and other relief based upon
22  other claims related to the misappropriation of Plaintiff's intellectual property.
23  This action also contains causes of action for California's Unfair Competition
24  Law, California Business and Professions Code.

25      12.     This court has federal question jurisdiction under 28 U.S.C. §§ 1331,
26  1338(a) and (b).

27                                  3

28                              **COMPLAINT**

13.     The Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367 (a) because Plaintiff's state law claims are so related to Plaintiff's copyright claims that they form part of the same case or controversy.

14.     The Court has personal jurisdiction over the Defendants because, upon information and belief, they have intentionally manufactured, advertised, sold and caused to be sold their infringing products in the State of California, in this judicial district.

15.     Venue in this judicial district is proper under 28 U.S.C. § 1391( c) and 1400 (a) in that a substantial part of the acts or omissions giving rise to the claims herein occurred within this judicial district.

## FACTS COMMON TO ALL CAUSES OF ACTION

16.     Plaintiff is in the business of creating and developing original artwork of fabrics for use in garments, a time and labor intensive task.  This time and labor intensive process is the lifeblood of Plaintiff's business.

17.     Plaintiff is the copyright holder and owns all right, title, and interest in and to each of the designs identified below ("Subject Design"):

          a.     Design No. RX-713182, Registration Number: Vau 978-211;

          True and correct copy of said copyright registration is attached hereto as Exhibit A .

18.     At all relevant times, Plaintiff has duly complied with all of the provisions of the Copyright laws of the United States in connection with the Subject Design.

4

**COMPLAINT**

# FIRST CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT
### (Against All Defendants)

19. . Plaintiff refers to and incorporates by reference paragraphs 1 to 18 inclusive, of this Complaint as though fully set forth herein.

20. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to the Subject Design.

21. Defendants, and each of them, infringed Plaintiff's copyrights by copying the Subject Design and by producing, distributing, and selling fabric and/or garments incorporating the Subject Design without Plaintiff's consent or permission.

22. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, if not directly liable for infringement of Plaintiff's copyright in the Subject design, are vicariously liable for said infringements because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct.

23. Plaintiff is informed and believes and thereon alleges that by reason of Defendants' acts of copyright infringement as alleged above, Plaintiff has suffered and will continue to suffer substantial damage to its business in the form of diversion of trade, loss of income and profits, and dilution and destruction of the value of its rights, all in amounts which are not yet fully ascertainable but which are estimated to be not less than one hundred fifty thousand dollars ($150,000).

24. Due to Defendants' acts of infringement, Plaintiff has also suffered general and special damages including, without limitation, damages resulting from Plaintiff having had to investigate and analyze Defendants' infringing

5

**COMPLAINT**

1   conduct, and hiring attorneys, all in an amount to be established at trial.

2       25.    Moreover, as a direct result of the acts of copyright infringement
3   alleged above by the named defendants and defendants as yet unidentified,
4   defendants, and each of them, have obtained direct and indirect profits they would
5   not otherwise have realized but for their infringement of Plaintiff's copyrighted
6   the Subject Design.  Plaintiff is entitled to disgorgement of each of defendant's
7   profits directly and indirectly attributable to said defendants' infringement of the
8   Subject Design.

9       26.    Plaintiff is informed and believes and thereon alleges that Defendants
10  and each of them knowingly and intentionally copied the Subject Designs, making
11  their conduct wilful and intentional and malicious, subjecting defendants and each
12  of them, to liability therefor, including statutory damages under Section 504( c)(2)
13  of the Copyright Act in the sum of one hundred fifty thousand ($150,000) per
14  infringement.  Within the time permitted by law, Plaintiff will make its election
15  between actual damages and statutory damages.

16      27.    Plaintiff is informed and believes and thereon alleges that Defendants
17  continue to infringe the copyright in the Subject Design.

18

19                     **SECOND CAUSE OF ACTION**
20          **CONTRIBUTORY COPYRIGHT INFRINGEMENT**
21                     **(Against All Defendants)**

22      28.    Plaintiff refers to and incorporates by reference paragraphs 1 to 27
23  inclusive, of this Complaint as though fully set forth herein.

24      29.    Plaintiff is informed and believes and thereon alleges that Defendants

25

26

27                              6

28                          **COMPLAINT**

1    knowingly induced, participated, and aided and abetted in, and profited from, the

2    copying and/or subsequent selling of garments and/or fabrics featuring the Subject

3    Design, as alleged herein above.

4        30.    By reason of Defendants' acts of contributory copyright infringement

5    as alleged above, Plaintiff has suffered and will continue to suffer substantial

6    damage to its business in the form of diversion of trade, loss of income and profits,

7    and dilution and destruction of the value of its rights, all in amounts to be

8    established at trial.

9        31.    Due to Defendants' acts of contributory infringement, Plaintiff has

10    also suffered general and special damages including, without limitation, damages

11    resulting from Plaintiff having had to investigate and analyze Defendants'

12    infringing conduct, and hiring attorneys, all in an amount to be established at trial.

13        32.    Moreover, as a direct result of the acts of contributory copyright

14    infringement alleged above by the named defendants and defendants as yet

15    unidentified, defendants, and each of them, have obtained direct and indirect

16    profits they would not otherwise have realized but for their infringement of

17    Plaintiff's copyrighted the Subject Design. Plaintiff is entitled to disgorgement of

18    each of defendant's profits directly and indirectly attributable to said defendants'

19    infringement of the Subject Design. Because of the massive scope and extent of

20    the infringement of the Subject Design by named defendants and defendants as yet

21    unidentified, the amount of defendants' profits cannot be presently ascertained or

22    estimated.

23        33.    Plaintiff is informed and believes and thereon alleges that Defendants

24    and each of them knowingly and intentionally copied the Subject Design, making

25    their conduct wilful and intentional and malicious, subjecting defendants and each

26    of them, to liability therefor, including statutory damages under Section 504( c)(2)

27

28

7

**COMPLAINT**

of the Copyright Act in the sum of one hundred fifty thousand ($150,000) per
infringement. Within the time permitted by law, Plaintiff will make its election
between actual damages and statutory damages.

## THIRD CAUSE OF ACTION
## UNFAIR COMPETITION
### (Against All Defendants)

34.     Plaintiff refers to and incorporates by reference paragraphs 1 to 33
inclusive, of this Complaint as though fully set forth herein.

35.     Defendants' actions discussed herein constitute unfair competition
within the meaning of California Business and Professions Code § 17200.

36.     Defendants have infringed upon Plaintiff's exclusive rights in the
Subject Design by, among other things, manufacturing, distributing, and selling
infringing products, all without obtaining Plaintiff's approval.

37.     Each infringing activity, distribution, reproduction, sale, or other
exploitation, as well as continuing the same, constitutes a separate claim against
Defendants under the Copyright Act. Plaintiff has sustained, and will continue to
sustain, substantial damages as result of Defendants' infringing acts.

38.     Pursuant to California Business and Professions Code § 17203,
Plaintiff is entitled to preliminary and permanent injunctive relief ordering
Defendants to cease this unfair competition, as well as disgorgement of all of
Defendants' profits associated with this unfair competition.

## FOURTH CAUSE OF ACTION
## ACCOUNTING
### (Against All Defendants)

39.     Plaintiff refers to and incorporates by reference paragraphs 1 to 38

8

COMPLAINT

1  inclusive, of this Complaint as though fully set forth herein.

2      40.    Plaintiff is informed and believes, and thereon alleges, that, by

3  selling, advertising, and marketing infringing products, and otherwise exploiting

4  or using the Subject Design, or derivations thereof, Defendants have already

5  profited, and will continue to do so in the future, from unauthorized exploitation

6  of the Subject Design.

7      41.    Since Plaintiff's damages are a direct result of the proceeds derived

8  by Defendants from the sales of the infringing products, it is necessary to obtain

9  from Defendants an accounting of the affairs in connection therewith.  Plaintiff is

10  entitled to an accounting of the profits realized by Defendants as a result of the

11  exploitation of the Subject Designs, or derivations thereof.

12

13              **FIFTH CAUSE OF ACTION**

14                    **INJUNCTION**

15              **(Against All Defendants)**

16      42.    Plaintiff refers to and incorporates by reference paragraphs 1 to 41

17  inclusive, of this Complaint as though fully set forth herein.

18      43.    As a result of Defendants' infringing conduct, the value of the

19  Subject Design, derivatives thereof, and items produced therefrom, has been

20  diminished.

21      44.    Plaintiff is informed and believes, and thereon alleges that the public

22  mistakenly believes that Plaintiff and/or its customers are associated with

23  Defendants.  Accordingly, Defendants' copying of the Subject Design and

24  exploitations thereof, undermines Plaintiff's reputation and reduces the demand

25  for all of its works and designs.

26      45.    Plaintiff has suffered irreparable damage to its reputation, goodwill

27                       9

28                   **COMPLAINT**

1  and the value in and to its designs and products made therefrom, for which there
2  is no remedy at law.  Accordingly, Plaintiff seeks a preliminary and permanent
3  injunction to prevent further infringement of the Subject Design, and any
4  derivations thereof.

## PRAYER FOR RELIEF

6  **WHEREFORE**, Plaintiff prays:

7  1.   That Defendants, and each of them, and their respective agents and
8  servants be enjoined from infringing Plaintiff's copyright in any manner;

9  2.   That Plaintiff be awarded all profits of Defendants, and each of them,
10  plus all losses of Plaintiff, the exact sum to be proven at trial, or, if elected before
11  final judgment, statutory damages as available under the Copyright Act;

12  3.   That Plaintiff be awarded its attorneys' fees as available under the
13  Copyright Act;

14  4.   That Defendants be compelled to account to Plaintiff for their profits
15  and any damages sustained by Plaintiff arising from the foregoing acts of
16  infringement;

17  5.   That Plaintiff be awarded pre-judgment interest as allowed by law;

18  6.   For costs of suit incurred herein; and,

19  7.   For any such other and further relief as this court may been just and
20  proper.

22  DATED:    June 2, 2011                KOHAN LAW FIRM

24                             By:   _____
25                                    K. TOM KOHAN
                                     Attorney for Plaintiff
26                                   RADIX TEXTILE, INC.

27                                       10
28  _____
                          **COMPLAINT**

1

2 **DEMAND FOR JURY TRIAL**

3 Plaintiff hereby requests trial by jury on all claims asserted, as provided by

4 Rule 38 of the Federal Rules of Civil Procedure.

5

DATED:      June 2, 2011                    KOHAN LAW FIRM

6

7

8                                    By:

9                                          K. TOM KOHAN
                                           Attorney for Plaintiff
10                                         RADIX TEXTILE, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                    11

28 _____
                              **COMPLAINT**

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

## VAu 978-211

Effective date of registration:

January 23, 2009

## Title

Title of Work: RX-713182 MAZELAND

Nature of Work: FABRIC DESIGN

## Completion/ Publication

Year of Completion: 2008

## Author

\#  Author: SR European Designs, Inc.

## Copyright claimant

Copyright Claimant: Radix Textile, Inc.

729 Kohler St., Los Angeles, CA, 90021

Transfer Statement: By contract

## Certification

Name: Arad Shemimni

Date: September 11, 2008

Correspondence: Yes



K. TOM KOHAN (SBN225420)
KOHAN LAW FIRM
445 S. FIGUEROA STREET, 27TH FLOOR
LOS ANGELES, CA  90071
TEL: 310-349-1111 FAX: 213-612-7715
EMAIL: tom@kohanlawfirm.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADIX TEXTILE, INC., a California corporation<br><br> PLAINTIFF(S) <br>v.<br><br>MILANO TEXTILE, INC., a California corporation;<br>RUBBER DUCKY PRODUCTIONS, INC., a<br>California corporation; JONATHAN BENSHALOM,<br>an individual dba BLISS CLOTHING, DEFENDANT(S).<br>DOES 1-10, inclusive | CASE NUMBER<br><br>**CV11  04789  GHK(JCx)**<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S): <u>NAMED ABOVE</u>

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, __K. TOM KOHAN, ESQ.__, whose address is __KOHAN LAW FIRM, 445 S. FIGUEROA ST., 27TH FL, LOS ANGELES, CA 90071__.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __JUN − 6 2011__

By: __CHRISTOPHER P_____

Deputy Clerk

*(Seal of the Court)*

1181

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| RADIX TEXTILE, INC. | MILANO TEXTILE, INC.; RUBBER DUCKY PRODUCTIONS, INC.; JONATHAN BENSHALOM DBA BLISS CLOTHING |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| K. TOM KOHAN (SBN 225420)  KOHAN LAW FIRM  445 S. FIGUEROA ST., 27TH FL., LOS ANGELES, CA 90071 310-349-1111 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No        ☐ MONEY DEMANDED IN COMPLAINT: $ TBD

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 442 Employment | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 443 Housing/Acco- mmodations | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | IMMIGRATION | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number:   CV11    04789

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
    ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
    ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
    ☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐    Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES COUNTY | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐    Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ALL DEFENDANTS RESIDE IN LOS ANGELES COUNTY | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
    Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES COUNTY | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date 6/2/2011

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims filed by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George King and the assigned discovery Magistrate Judge is Jacqueline Chooljian.

The case number on all documents filed with the Court should read as follows:

## CV11- 4789 GHK (JCx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.