| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | FILED |
|---|---|
| K. Tom Kohan, Esq.; SBN: 225420<br>KOHAN LAW FIRM<br>445 South Figueroa Street, 27th Floor<br>Los Angeles, California 90071<br>Tel: (310) 349-1111<br>Fax: (213) 612-7715<br>Email: tom@kohanlawfirm.com | 11 JUN -6 PM 2: 58<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY:_____ |
| ATTORNEYS FOR: RADIX TEXTILE, INC. | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| RADIX TEXTILE, INC.<br><br>Plaintiff(s),<br>v.<br><br>MILANO TEXTILE, INC., ET AL.<br><br>Defendant(s) | CASE NUMBER:<br>**CV11 04789 GHK (JCx)**<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  RADIX TEXTILE, INC.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                               **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| RADIX TEXTILE, INC. | PLAINTIFF |
| MILANO TEXTILE, INC. | DEFENDANT |
| RUBBER DUCKY PRODUCTIONS, INC. | DEFENDANT |
| JONATHAN BENSHALOM DBA BLISS CLOTHING | DEFENDANT AND HIS FICTITIOUS BUSINESS NAME |

6/2/2011                                            _/s/ [signature]_
Date                                                 Sign

K. TOM KOHAN
Attorney of record for or party appearing in pro per